IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | No. 4:14-CR-00090 |
| ROBERT GEORGE ARWADY<br>RICHARD PAUL MEDRANO | § § § | |

## ORDER

Upon Defendants' Motion *In Limine* and Incorporated Memorandum to Exclude Certain Evidence Identified in the Government's Rule 404(b) Notice [Doc 110], the Court finds that the motion should be GRANTED. IT IS HEREBY ORDERED that the evidence is excluded from trial in this case.

SIGNED at Houston, Texas, on _____, 2015.

_____
KEITH ELLISON
UNITED STATES DISTRICT JUDGE