IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:14-CR-00090 |
| | § | |
| RICHARD PAUL MEDRANO | § | |

## ORDER

Upon Defendant's Motion to Disclose Internal Communication of the United States Attorney's Office Regarding Pre-Trial Diversion Offer to Paul Medrano, it is hereby GRANTED. The Government is ORDERED to produce to the Defendant these communications no later than October 19, 2015.

SIGNED at Houston, Texas, on _____, 2015.


_____
KEITH ELLISON
UNITED STATES DISTRICT JUDGE