IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | Case No. 4-14-cr-00090 |
| § | |
| ROBERT GEORGE ARWADY § | |
| RICHARD PAUL MEDRANO § | |

DEFENDANTS OBJECTIONS
TO THE GOVERNMENT'S REQUESTED VOIR DIRE

TO THE HONORABLE KEITH ELLISON.:

NOW COME the defendants Robert George Arwady and Richard Paul Medrano, by and through their counsel and file these objections to the Government's Requested Voir Dire.

1) Defendants object to Question #13. This case does not involve the purchase of a firearm under false pretenses. This case involves an alleged false statement made on an ATF form.

2) Defendants object to Question #26. This Question seems to have been mooted by the dismissal of Counts 1-6.

3) Defendants object to Question #27. Same objection, moot.

4) Defendants object to Question #28. Same objection, moot.

5) Defendants object to Question #29. Same objection, moot.

6) Defendants object to Question #30. Jury argument. Addresses facts not in case. Unduly prejudicial, irrelevant.

7) Defendants object to Question #31. Jury argument. Incorrect statement of the facts. Unfairly prejudicial.

8) Defendants object to Question #32. Jury argument. Incorrect summary of the evidence. Incorrect summary of the law.

9) Defendants object to Question #33. Jury argument. Incorrect summary of the evidence. Incorrect summary of the law.

10) Defendants object to Question #34. Jury argument. Incorrect summary of the evidence. Incorrect summary of the law. This question gives a completely improper misstatement of the law and nullifies an element of the offense.

11) Defendants object to Question #43. This case does not involve a "straw purchase"

Respectfully submitted,

*/s/ Charles Flood*
Charles Flood
Flood & Flood
914 Preston at Main, Suite 800
Houston, TX 77002
(713) 223-8877
**Attorney for Richard P. Medrano (2)**

*/s/ Joseph Grant*
Joseph Grant
The Grant Law Firm
94 A Drew St.
Houston, TX 77006
(713) 880-3331

*/s/ Robert Sanders*
109 Candlewick Drive
Winston-Salem, NC 27104
(336) 659-2999
**Attorneys for Robert G. Arwady (1)**

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was filed with the Court's ECF system and a copy has been emailed to AUSA Michael Kusin on October 14, 2015.

*/s/ Charles Flood*
Charles Flood