UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF TEXAS

Houston Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>ROBERT G. ARWADY,<br>　　　　　　　　　　DEFENDANT. | CRIM. NO. 14-0090 |

ORDER

On consideration of Robert G. Arwady's Unopposed Motion for Return of Personal Property and 18 U.S.C. Section 924(d)(1), the Court finds that the Motion should be **GRANTED**.

Accordingly, it is **ORDERED** that the United States immediately forthwith return Defendant Arwady's firearms-related personal property to the person identified in his Motion, including all firearms enumerated in the Notice of Forfeiture Section of the Indictment, Sub-section "A," and also including firearms parts, magazines, and other firearms which are in the government's custody and appear on seizure lists in Government Exhibit B-7 (ROI-7), and Government Exhibit B-18.

SIGNED October __, 2015

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　KEITH P. ELLISON
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE